1   MELINDA S. RIECHERT, State Bar No. 65504
    MORGAN, LEWIS & BOCKIUS LLP
2   2 Palo Alto Square
    3000 El Camino Real, Suite 700
3   Palo Alto, CA 94306-2212
    Tel:   650.843.4000
4   Fax:   650.843.4001
    Email: mriechert@morganlewis.com
5
    ROBERT E. DEPEW, State Bar No. 223354
6   MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
7   San Francisco, CA  94105-1126
    Tel:   415.442.1000
8   Fax:   415.442.1001
    Email: rdepew@morganlewis.com
9
    Attorneys for Defendants
10  ARAMARK SPORTS & ENTERTAINMENT
    SERVICES, INC., DBA THE CARNELIAN
11  ROOM, AND ARAMARK CORPORATION

12

SHARON R. VINICK, State Bar No. 122914
VINICK LAW FIRM
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel:   415.722.4481
Fax:   415.276.6338
Email: sharon@vinicklaw.com

JOHN A. MCGUINN, State Bar No. 036047
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA  94133
Tel:   415.421.9292
Fax:   415.403.0202

Attorneys for Plaintiff
JOY MARBELLO

FILED

AUG 0 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15

16  JOY MARBELLO,

17                  Plaintiff,

18          vs.

19  THE CARNELIAN ROOM, ARAMARK
    CORPORATION, and DOES 1 through
20  20, inclusive,

21

22                  Defendants.

23

Case No. 05-01665 TEH

**STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS**

**ADR CERTIFICATION**

24  ///

25  ///

26  ///

27  ///

28  ///

cc: ADR

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐   Arbitration          ☐   ENE          ☒   Mediation

The parties agree to hold the ADR session 90 days from the date of this order.

Morgan, Lewis & Bockius, LLP

Dated: August \_\_, 2005

_____
Robert E. Depew
Attorneys for Defendants
ARAMARK Sports & Entertainment
Services, Inc., dba The Carnelian Room,
and ARAMARK Corporation


Vinick Law Firm

Dated: August \_\_\_, 2005

_____
Sharon R. Vinick
Attorneys for Plaintiff
Joy Marbello

**IT IS SO ORDERED.**

Dated: 8/8, 2005

_____
Honorable Thelton E. Henderson
UNITED STATES DISTRICT JUDGE

1-SF/7267863.1

AUG 01 2005 16:09 FR MORGAN LEWIS

1      Counsel report that they have met and conferred regarding ADR and have reached the

2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3      The parties agree to participate in the following ADR process:

4  **Court Processes:**

5    ☐   Arbitration      ☐    ENE      ☒    Mediation

6

7  The parties agree to hold the ADR session 90 days from the date of this order.

8                                        Morgan, Lewis & Bockius, LLP

9  Dated: August 1, 2005

10

11                                      Robert E. Depew
                                    Attorneys for Defendants

12                                      ARAMARK Sports & Entertainment
                                    Services, Inc., dba The Carnelian Room,
                                    and ARAMARK Corporation

13

14                                      Viniok Law Firm

15

16  Dated: August 1, 2005

17                                        Sharon R. Viniok

18                                      Attorneys for Plaintiff
                                    Joy Marbello

19  **IT IS SO ORDERED.**

20

21  Dated: 8/2, 2005

22

23                                      Honorable Thelton E. Henderson
                                    UNITED STATES DISTRICT JUDGE

24

25

26

27

28  1-SF/7267843.1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS      Case No. 05-01665 TEH

** TOTAL PAGE.03 **

p.2      415-276-6338      Sharon Viniok      Aug 01 05 04:43p