| | |
|---|---|
| MELINDA S. RIECHERT<br>State Bar No. 65504<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2212<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>Email: mriechert@morganlewis.com | SHARON R. VINICK, State Bar No. 122914<br>VINICK LAW FIRM<br>One Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Tel: 415.722.4481<br>Fax: 415.276.6338<br>Email: sharon@vinicklaw.com |
| ROBERT E. DEPEW, State Bar No. 223354<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>Email: rdepew@morganlewis.com | JOHN A. MCGUINN, State Bar No. 036047<br>MCGUINN, HILLSMAN & PALEFSKY<br>535 Pacific Avenue<br>San Francisco, CA 94133<br>Tel: 415.421.9292<br>Fax: 415.403.0202 |
| Attorneys for Defendants<br>ARAMARK SPORTS, INC. AND<br>ARAMARK SPORTS & ENTERTAINMENT<br>SERVICES, INC. | Attorneys for Plaintiff<br>JOY MARBELLO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY MARBELLO,<br><br>        Plaintiff,<br><br>vs.<br><br>THE CARNELIAN ROOM, ARAMARK CORPORATION, and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 05-01665 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING: (a) CASE MANAGEMENT CONFERENCE; (b) LAST DAY TO FILE AND SERVE JOINT CASE MANAGEMENT CONFERENCE STATEMENT; AND (c) LAST DAY TO COMPLETE INITIAL DISCLOSURES PER RULE 26 AND TO FILE AND STATE OBJECTIONS IN A RULE 26(f) REPORT** |

1   WHEREAS Plaintiff served Defendants with her Complaint and Summons on March 25, 2005;

3   WHEREAS Defendants filed an Answer to Plaintiff's Complaint in the Superior Court of California, County of San Francisco on April 22, 2005;

5   WHEREAS Defendants timely noticed the removal of this matter to federal court on April 22, 2005;

7   WHEREAS the Court subsequently set the parties' first case management conference for August 22, 2005

9   WHEREAS, August 15, 2005 was the scheduled due date for all of the following to have occurred: Filing and serving Joint Case Management Conference Statement, Completing Initial Disclosures Per Rule 26, and Filing and Stating Objections in a Rule 26(f) Report; and

12   WHEREAS, Plaintiff and Defendants are actively engaged in settlement negotiations in an effort to settle this matter prior to incurring the expense of preparing and serving a Joint Case Management Conference Statement, completing Initial Disclosures, filing and stating objections in a Rule 26(f) report and appearing at the Case Management Conference;

16   THE PARTIES HEREBY STIPULATE AND REQUEST as follows:

17   (1) That the Case Management Conference, currently set for August 22, 2005, be rescheduled to September 19, 2005;

19   (2) That all the following events that were previously set for August 15, 2005, be continued to September 12, 2005:

21   (A) Last Day to File and Serve Joint Case Management Conference Statement;

22   (B) Last Day to Complete Initial Disclosures Per Rule 26; and

23   (C) Last Day to File and State Objections in a Rule 26(f) Report.

24   ///
25   ///
26   ///
27   ///
28   ///

**IT IS SO ORDERED**
*/s/ Thelton E. Henderson*
Judge Thelton E. Henderson

```
 1                                              VINICK LAW FIRM
 2
 3   Dated: August 12, 2005                     /s/ Sharon R. Vinick
 4                                              Sharon R. Vinick
                                                Attorneys for Plaintiff
 5                                              Joy Marbello

 6                                              MORGAN, LEWIS & BOCKIUS, LLP
 7
 8   Dated: August ___, 2005
 9                                              _____
                                                Robert E. Depew
10                                              Attorneys for Defendants
                                                ARAMARK Sports, Inc. and ARAMARK
11                                              Sports & Entertainment Services, Inc.

12   IT IS SO ORDERED.
13
14   Dated: _____, 2005
15                                              _____
                                                Honorable Thelton E. Henderson
16                                              UNITED STATES DISTRICT JUDGE
17
18
...
28
```

|   |   |
|---|---|
| 1 | VINICK LAW FIRM |
| 2 |   |
| 3  Dated: August ___, 2005 |   |
| 4 | _____ |
|   | Sharon R. Vinick |
|   | Attorneys for Plaintiff |
| 5 | Joy Marbello |
| 6 | MORGAN, LEWIS & BOCKIUS, LLP |

Dated: August 12, 2005

_____
Robert E. Depew
Attorneys for Defendants
ARAMARK Sports, Inc. and ARAMARK Sports & Entertainment Services, Inc.

**IT IS SO ORDERED.**

Dated: _____, 2005

_____
Honorable Thelton E. Henderson
UNITED STATES DISTRICT JUDGE