MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2212
Tel:    650.843.4000
Fax:    650.843.4001
Email: mriechert@morganlewis.com

ROBERT E. DEPEW, State Bar No. 223354
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
Email: rdepew@morganlewis.com

Attorneys for Defendants
ARAMARK SPORTS, INC. AND ARAMARK
SPORTS & ENTERTAINMENT SERVICES,
INC.

SHARON R. VINICK, State Bar No. 122914
VINICK LAW FIRM
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel:    415.722.4481
Fax:    415.276.6338
Email: sharon@vinicklaw.com

JOHN A. McGUINN, State Bar No. 036047
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA  94133
Tel:    415.421.9292
Fax:    415.403.0202

Attorneys for Plaintiff
JOY MARBELLO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY MARBELLO,<br><br>        Plaintiff,<br><br>   vs.<br><br>THE CARNELIAN ROOM, ARAMARK CORPORATION, and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 05-01665 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING:  (a) CASE MANAGEMENT CONFERENCE; (b) LAST DAY TO FILE AND SERVE JOINT CASE MANAGEMENT CONFERENCE STATEMENT; AND (c) LAST DAY TO COMPLETE INITIAL DISCLOSURES PER RULE 26 AND TO FILE AND STATE OBJECTIONS IN A RULE 26(f) REPORT** |

WHEREAS Plaintiff served Defendants with her Complaint as Summons on March 25, 2005;

WHEREAS Defendants filed an Answer to Plaintiff's Complaint in the Superior Court of California, County of San Francisco on April 22, 2005;

WHEREAS Defendants timely noticed the removal of this matter to federal court on April 22, 2005;

WHEREAS the Court subsequently set the parties' first case management conference for August 22, 2005;

WHEREAS the parties previously requested and the Court granted a continuance of the first case management conference from August 22 to September 19, 2005;

WHEREAS September 12, 2005 was the scheduled due date for all of the following to have occurred:  Filing and serving Joint Case Management Conference Statement, Completing Initial Disclosures Per Rule 26, and Filing and Stating Objections in a Rule 26(f) Report; and

WHEREAS Plaintiff and Defendants are actively engaged in settlement negotiations in an effort to settle this matter prior to incurring the expense of preparing and serving a Joint Case Management Conference Statement, completing Initial Disclosures, filing and stating objections in a Rule 26(f) report and appearing at the Case Management Conference;

THE PARTIES HEREBY STIPULATE AND REQUEST as follows:

(1) That the Case Management Conference, currently set for September 19, 2005, be rescheduled to November 7, 2005;

(2) That all the following events that were previously set for September 12, 2005, be continued to October 31, 2005;

(A) Last Day to File and Serve Joint Case Management Conference Statement;

(B) Last Day to Complete Initial Disclosures Per Rule 26; and

(C) Last Day to File and State Objections in a Rule 26(f) Report.

///

///

///

STIPULATION AND [PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS & BOCKIUS, LLP

Dated: ___9/1___, 2005

Robert E. Depew
Attorneys for Defendants
ARAMARK Sports, Inc. and ARAMARK
Sports & Entertainment Services, Inc.

VINICK LAW FIRM

Dated: _____, 2005

Sharon R. Vinick
Attorneys for Plaintiff
Joy Marbello

**IT IS SO ORDERED.**

Dated: __Sept. 2__, 2005

No further continuances shall be granted.

Honorable Thelton E. Henderson
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Thelton E. Henderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1-SF/7282167.1

3

Case No. 05-01665 TEH

STIPULATION AND [PROPOSED] ORDER

1

2

3   Dated: _____, 2005

4

5

6

7

8

9   Dated: Sept 1, 2005

10

11

12   **IT IS SO ORDERED.**

13

14   Dated: _____, 2005

15

16

17

18

19   1-SF/7282167.1

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS & BOCKIUS, LLP

_____
Robert E. Depew
Attorneys for Defendants
ARAMARK Sports, Inc. and ARAMARK
Sports & Entertainment Services, Inc.

VINICK LAW FIRM

_____
Sharon R. Vinick
Attorneys for Plaintiff
Joy Marbello

_____
Honorable Thelton E. Henderson
UNITED STATES DISTRICT JUDGE

3               Case No. 05-01665 TEH

STIPULATION AND [PROPOSED] ORDER