John A. McGuinn (State Bar No. 036047)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: 415/421-9292
Facsimile: 415/403-0202

Sharon R. Vinick (State Bar No. 129914)
The Vinick Law Firm
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415/722-4481
Facsimile: 415/276-6338

Attorneys for Plaintiff
JOY MARBELLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY MARBELLO,<br><br>  Plaintiff,<br><br>v.<br><br>THE CARNELIAN ROOM, ARAMARK CORPORATION, and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. 05-01665 TEH<br><br>**STIPULATED DISMISSAL AND ORDER THEREON**<br>Fed.R.Civ.P. 41(a)(1) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, by an through their respective counsel, that this action be dismissed *with prejudice* pursuant to Fed.R.Civ.P 41(a)(1) and that endorsement of this agreement may be by counterpart signatures.

1
STIPULATED DISMISSAL AND ORDER THEREON

Dated: June 9, 2006                    McGUINN, HILLSMAN & PALEFSKY
                                       Attorneys for Plaintiff

                                       By: _____
                                              JOHN A. McGUINN

Dated: 6-9-06                          MORGAN, LEWIS & BOCKIUS, LLP
                                       Attorneys for Defendants


                                       By: _____
                                              Melinda S. Riechert

## ORDER

THE ABOVE STIPULATION HAVING BEEN REVIEWED AND CONSIDERED AND GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that this action is dismissed *with prejudice* pursuant to Fed.R.Civ.P. 41(a)(1).

Dated: 06/13/06                        _____
                                       HENDERSON
                                       States District Court

                                       *Judge Thelton E. Henderson*